IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA SANKOFA ASHANTI, formerly known as Lorenzo Renell Cunningham, | No. 2:21-cv-00516-TLN-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| CALIFORNIA HEALTH CARE FACILITY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 18, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 19.) Timely objections to the findings and recommendations have been filed. (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 18, 2021, (ECF No. 19), are adopted in full;

2. Plaintiff's motion for leave to proceed in forma pauperis, (ECF No. 12), is denied; and

3. Plaintiff shall pay the full filings fees for this action within 30 days of the date of this order.

**DATED: January 10, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Troy L. Nunley
United States District Judge