IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA SANKOFA ASHANTI, formerly known as Lorenzo Renell Cunningham, | No.  2:21-cv-00516-TLN-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| CALIFORNIA HEALTH CARE FACILITY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 16, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 23.)  Timely objections to the findings and recommendations have been filed.  (ECF No. 24.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The findings and recommendations filed February 16, 2022, are adopted in full;

3    2.    This action is dismissed without prejudice for lack of prosecution and failure to

4  comply with Court rules and orders;

5    3.    All pending motions, (ECF Nos. 4, 13, and 21), are DENIED as moot; and

6    4.    The Clerk of the Court is directed to enter judgment and close this file.

7  **DATED:**  March 25, 2022

8

9

10    _____
          Troy L. Nunley
11          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2