**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASKIA SANKOFA ASHANTI, formerly known as Lorenzo Renell Cunningham, | No. 2:21-CV-0516-TLN-DMC-P |
| Plaintiff, | ORDER |
| v. | |
| CALIFORNIA HEALTH CARE FACILITY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on March 29, 2022, and this action is closed Pending before the Court is Plaintiff's motion, ECF No. 27, to stay proceedings for 90 days due to a prison transfer. Plaintiff's motion is denied as moot because the action is closed.

IT IS SO ORDERED.

Dated: April 8, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1